UNITED STATES District Court
Westren District Court

John P. Patterson #001953
Plaintiff

Vs.

"Joel M. Patterson, SerGeant",
Five Points correctional Facility

"SHARI L. Kampnich, correctional
OFFICER, Five Points Correctional
Facility"



"William S. PaLMER,
Correctional officer", FivePoints
Correctional Facility

"MATTHE R. PioTROWSKi", correctional
OFFICER", Five Points correctional
Facility

"JoANN L. Springer, Facility
Nurse", Five Points correctional
Facility.
           Defendants.

Complaint

Pursuant To
TITLE 42 U.S.C §§
1983.

Jury Trial Demand

Docket No. 1:16-cv-00844
                1:16-cv-0844
Hon.
Elizabeth A. Wolford

PLaintive First (1st)
Amended Complaint

(stamp)
UNITED STATES DISTRICT COURT
FILED
MAY 8  2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# NATURE OF THE ACTION

This is an Action under u.s. Constitution
Articles iN Amendment IV, VIII, X IV,
Title 42 u.s.c., §1983 and N.Y. STATE
Constitution Article 1 § 5, and Article
1 §11. Alleging EXCESSive use of Force
In violation of my Eighth (8th) Amendment
right to the united STATES Constitution
Against Cruel AN unusual Punishment,
And Also violation of my 14th Amendment
Right under the equal Protection Law.
And my First Amendment right to petition.
Verbally.
# 1., STATEMENT OF Jurisdiction

This is A civil action Seeking relief/or
damages to defend and Protect my rights

Cont.

Guaranteed by the Constitution of the United States. This action is brought Pursuant to 42 u.s.c. §1983. The court has Jurisdiction over the action Pursuant to 28 u.s.c. §1331, 1343(3) and (4) and 2201.

#2.; The unlawful Practices/Acts Alleged herein were committed within the Jurisdiction of this Court. "Plaintiff, Demands A Jury Trail" To Resolve these Issue(s) of Fact, and constitutional violations.

#3., No Previous Lawsuits By Plaintiff.

No Previous actions have been instituted on the Facts Alleged herein. There is NO other Lawsuits in STATE or Federal Court, dealing with The Same Facts involved in This Action.

#4., Parties To This Action

Plaintiff, John P. Patterson #00A1953, Acting Pro-se, is A Citizen of the united States and Im currently Incarcerated at the Great meadow Correctional Facility Mental Health Behavior Health unit [M/H B.H.U]. At all Times Pertinent herein, Plaintiff was Incarcerated at the Five Points Correctional Facility, Residential mental Health unit, [R.m.H.u.] and was in the Five Points Correctional Facility Infirmary when these violation in this complaint occurred.

Page #2 of #46

⇨ Continue (Parties)

#5.) "DEFENDENT, Joel M. Patterson", "Sergeant" was at all time pertinent herein, is a "sergeant" at Five Points Correctional Facility, Box 400, STATE Route 96, Romulus, New York 14541. And is responsible For *inter alia*, the Supervison of correctional officers [C.O.] and Inmates, and At all relevent times herein, Defendants Were "Persons" For Purpose of 42 U.S.C. Section 1983 and acted under color of Law To deprive Plaintiff [ME] of his constitutional Rights By: Physical/-& -sexually Assaulting me—and as set-forth more fully Below, and is sued in his "individual" and "official" capacity".

#6.) "Defendant, SHARI L. Kampnich", "correctional officer," at all times Pertinent herein As A correctional officer at Five Points Correctional Facility, Box 400, STATE Route 96, Romulus New York, 14541 and is responsible For *inter alia*, the Care, Custody, and Control of Inmates, And at all relevent times herein, Defendants were "Persons" For Purpose of 42 U.S.C. Section 1983 and acted under color of Law to deprive Plaintiff [ME] of his constitutional Rights By: Physically/sexually Assaulting me, and As setforth more fully Below, and is sued in her "individual" and "official" capacity".

#7.) "Defendant, William S. Palmer", "Correctional" "officer," at all times Pertinent herein, is A Correctional officer at Five Points Correctional Facility, Box 400, STATE Route 96, Romulus;

Cont. [Parties]

New York 14541. and is responsible for,
inter alia, the supervision, care, custody,
and control of inmates, And at All relevant
times herein, defendants were "Persons"
for purpose of 42 U.S.C. section 1983
and acted under color of law to deprive
Plaintiff [ME] of his constitutional rights
By: Physically / Sexually Assaulting me
and AS setforth more fully
Below and is Sued in his "individual"
and "official" Capacity"

#8., "Defendant, MATTHEW R. PIOTROWSKI",
"Correctional Officer", at Five Points Correctional
Facility, Box 1100, State route 96, Romulus
New York, 14541, And is responsible for,
inter alia, the care, custody, and control
of Inmates, and at All relevant times herein,
"Defendants were "Persons" for purpose
of 42 U.S.C. section 1983 and acted under
Color of Law to deprive [Plaintiff] ME
Of my constitutional rights By:
Physically/Sexually Assaulting me and
as Setforth more fully Below and is
Sued in his "individual" and "official"
Capacity:"

#9., "Defendant, "JOANN L. Springer",
"Facility "Nurse" at Five Points Correctional
Facility. Box 1100, State Route 96,
Romulus, New York, 14541. And is
responsible for, inter alia, the medical care,
and treatment

cont. (Parties)

of Inmates at the Five Points correctional Facility, and At All Relevent times herein, defendants were "Person"s For "Purpose" of 42 U.S.C. section 1983 and acted under color of Law to deprive Plaintiff [Me] of his constitutional rights, and she was A Direct Participant in these constitutional violations by; Not reporting my physical INJurys, by; Neglecting to propely report the sexual assault against [ME] to the proper Authorities, Also not treating & Documenting my INJucies correctly After I Endured A physical & sexual Assault by Said Defendants stated above herein, and as setforth more fully below and she is Sued in her "individual" and "official" capacity"

#10.) "Defendant, New York State Depadment of corrections, and community "supervision" [Doccs] is and Atts All Relevent times herein defendants were "Person" For "Purpose" of 42 U.S.C. section 1983 and acted under Color of Law to deprive Plaintiff [ME] of his constitutional rights, and was at all times relevent hereto. A Public Entity and an arm of the State of New York and the custodian of the Plaintiff and is sued in its "Official capacity."

Cont.

## EXHAUSTION of Administrative
### Remedies

#11,

Plaintiff, Mr. John P. Patterson #00A1953
has filed an administrative Grievance
about the matters complained of
herein, soon as plaintiff [ME] was
released from the Central New York
psychiatric center, [C.N.Y.P.C], and
also appealed it to Inmate Grievance
supervisor In Central office, and has
Exhausted all steps of the Grievance
Process that was available to me.

[Please see: "Exhibits" [F / I / J / K / L]

## STATEMENT OF CLAIM

#12,

Defendant(s)  STATED herein above,
"Sergent, Joel M. Patterson," Correctional
"officer(s)," "SHARI L. Kampnich,"

"William S. Palmer", and "MATTHEW
R. PIOTROWSKI", with/ "Facility
Nurse" "JoANN L. Springer",

"At all times herein, Defendant(s)
Were "Persons" For Purpose Of 42 U.S.C.
Section 1983, and acted under color of
Law to deprive Plaintiff [ME] of
my Constitutional Right(s) by Violating
my 8th Amendment right against
Cruel and unusual Punishment, and
my 14th Amendment right, Equal Protection
of Law, For All reason set forth
Above, and below"

## FACTS OF THE CASE

#12., The Five Points Correctional Facility
is one of the three maximum security
Prison in New York STATE designated
to house serious [i,'s"] mentally ILL
['Inmate Patients'] within what is defined
As the: Residential mental Health Treat-
-ment unit [R.m.H.u.T] Established &
mandated by the "SHu Exclusion Law".

#13., On November 22, 2013 I was
In my Housing Cell in the R.m.H.u.
In Five Points Correctional Facility.
At around 4 pm the mental Health Nurse
was making rounds in the unit to
administrate EVENing psychiatric
medication to the Inmate-Patients
In the R.m.H.u., As the mental
Health Nurse ms. Lisa Poyuzina
was giving Plaintiff [me]  his
psych. meds. The Correctional officer
with her [C.o., Kimball] said why
do I, (Plaintiff) have my pants down.
In Respose Plaintiff (me) stated:
stop Playing Games with me, I don't
have my pants down.

#14., I, (Plaintiff) then asked Nurse
Lisa Poyuzing if my pants was in fact
down, and she clearly stated NO!, I
(Plaintiff) then got into a small Argu-
-ment with C.o. Kimball. And he
(C.o. kimball) threaten to take me,
(Plaintiff) across the street. Usually
this ment, over to the medical unit/
Infirmary were there is No camera's

Cont. [Fact]

and Officers beat up "[Assault]" Inmate-
-Patients / Inmates In Five Points
Correctional Facility.

**#15.**, At that Point I became Agitated, and
suicidal and I, (Plaintiff) Broke my Glasses
and swallowed the Bows (Arms) to my
Glasses. "NOT A DEFENDENT" But the
R.m.H.U. Sergeant that Night [Nov.22.2013]
3-11 pm shift came to my Cell and Asked me
what Happen. I, (Plaintiff) tell the R.m.H.U.
Sergeant that Officer, C.O. Kimball is trying
to set me up (Plaintiff) For Lewd conduct,
and that He (C.O. Kimball) Threaten me.
I, (Plaintiff) told the R.m.H.U. Sergeant
that I Fear his officers were going to do
something to me. He then told me don't worry
ain't Nobody going to touch me.

Please Note: I was never wrote A
misbehavior Report For Lewd conduct on
11.22.2013 / "or" 11.23.2013, and the
mental Health nurse MS. Lisa Poyuzina
informed the mental Health Risk Crisis
Treatment Program. (RCTP) [Suicide
watch cell]. Social worker, MS. Johnson
that I, (Plaintiff) never had my
Pants down, nor was I Exposed to her.

**#16.**, On November. 22. 2013 I was
Sent to the out-side Hospital, Cayuga medical
Center, In Ithaca New York, [C m C] At
Aprox. 7pm. So that I Could get an
Endoscopy, by going down my throat
so that they Can remove the (Bow's)
to my EYE Glasses that I swallowed.

Page # 8 of # 46

cont. [Facts]

I was then transported to the Cayuga medical Center In Ithaca N.y. by "Defendant(s) MatthHew R. Piotrowski, and ShARi L. kampnich," "C-o(s)".

#17.) The Doctor at [CMC] In Ithaca N.y. could not do the medical Procedure that night, [Nov. 22. 2013] to remove The Glasses From my Stomach. So I was Sent back to Five Points Corr. Facility with Defendant(s), MATTHew R. Piotrowski; and SHARi L. Kampnich, to RETurN the Next Day at 8AM Nov. 23. 2013 to get the medical Procedure [Endoscopy "through mouth"] Done.

#18.) PlaintiFF [ME] and Defendant(s) MATTHEW R. Piotrowski, and shAril L. Kampnich got back to Five points Correctional Facility At Aprox. 12 30 Am Nov. 23. 2013.

#19.) On Nov. 23. 2013 at Aprox. 12 30 Am I was Escorted to the Five Points Corr. Facility Hospital/InFirmary by Defendant Matthew R. Piotrowski, while Defendant, "Kampnich" Returned the Facility transport vehical, and weapon [Hand-Gun]. Upon Entering the Five Points Infirmary, officer, "Defendant William S. Palmer" was At the DESK, and I was Placed In the Holding Pen in the InFirmary to await For the mid-night [11 pm - 7AM] InFirmary Nurse to take [Plaintiff] my vital Sighs who was "Defendant, "Nurse" JOANN L. Springer".

cont. [Facts]

**#20.** On Nov. 23. 2013 at Aprox. 12:30 Am In the Five Points Corr. Facility Infirmory, The Area supervisor that night was "Defendant, "Sergeant" Joel M. Patterson", who Joined Defendant(s), "Piotrowski", and "Palmer" at the Infirmory Front Desk. Aprox. 5 min. Later these Same "Defendant(s)" was Joined by Defendant Kampnich. "Defendant, "Sergeant" Patterson" Ask who am I (Plaintiff), and "Defendant Kampnich" Responds and states: He's (Plaintiff) the Penis Flasher. I, (Plaintiff) stated to "Defendant "Sergeant" Patterson" that: I did nothing like that!

**#21.** At that Point "Defendant "Nurse" Springer" came Into the Bull Pen with "Defendant(s) "Sergeant" Patterson, "C-o" Kampnich, "C-o" Palmer, and "C-o" Piotrowski" and she, "Defendant, "Nurse" springer Proceeded to take Plaintiff[me] vital signs.

**#22.** At that Point I, (Plaintiff) was Told By "Defendant, "sergeant" Patterson" Since I swallow Some objects I had To Spend the Night in the Dry-Cell Intil I get them removed.

> Note: A Dry-Cell is A cell that has nothing In it, No Sink, Nor toilet. Ther is only A Bed-Frame, mattress, and your giving one Smock to cover with, and 1 matt For the Bed, & one To cover yourself with.

This cell, Infirmory Isolation #7 was Searched Fully For Contraband, [standard procedure] Prior to Plaintiff, being house there. See Exhibit — A) No contraband was Found.

Page 10 of #46

# EXCESSIVE FORCE

#

23.) As the Infirmary officer, Defendant, William S. Palmer, open up the Door to the Dry-cell, I (Plaintiff) was Told to step in [NOTE: At this time I was still hand-cuffed and chain-waist, and Also had Leg-Restraints on [Shackels]. Without Lawful reason or Provocation, As I stepped into the Dry-cell. I was violently & maliciously Pushed From behind by "Defendant Sgt. Patterson" and at The same Time I, (Plaintiff) was tripped by "Defendant, C.O. Kampnich" who had Nothing but The evolent Intentions to Cause me hear m.

#24.) While Bound In hand-cuffs, and waist-Chain and Leg-Restraints [Shackels] I, Plaintiff Feel to The Floor very Hard. As my Face struck the hard cement Floor, un-Protected Because of my mechanical restraints I was Bound with. All I could do is try to Turn my Face to Prevent the most Sever Demage To my Face/As I Hit the floor.

#25.) As I (Plaintiff) Hit The Floor Face First, Defendant William S. Palmer Kicked me in The Left-side of my Face without Lawful reason or Provocation, and Done maliciously & Sadistically, which Severely Fractured Plaintiff upper Left molar tooth. [See:Exhibit "B"]. Because of the violent kick to The Left side of my Face, which Fracture my upper Left molar down to my Gums. [See: Exhibit B/Photo/same exame]. The Fracture was so Sever ███

cont. [Force]

my Nerves to my tooth was Exposed and Plaintiff (me) was in Pain for several months. Intil I was SEEN by Dentist At Central New York psychiatric Center [C.N.Y.P.C]. The dentist could not save the Fracture tooth do to the damage from Defendant, Palmer's kick to my Face, and had to remove the tooth. (what was left of it) [See: Exhibit "C"]

#26., After "Defendant, "C.O." Palmer" kicked Plaintiff [Me] in the Face, "Defendant, "Sgt." Patterson" told "Defendant, Palmer"- "Not the Face because I, (Plaintiff) has to go back out In the morning.

#27., At that Point without Lawful reason, or Provocation In A STATE of Ferocity, Cruelty, and In A malicious & Sedistic manner, Defendant(s) Sgt. Patterson, C.O.(s) Palmer, Piotrowski and Kampnich repeatedly punched and kicked Plaintiff, [me] In the head, back, Ribs, and Legs Causing minor Bruises, and contusions on my Legs [SEE: Exhibit "B" "Photo's S.A. N.E"]. Also I had A Busted Lip.

#28). Furthermore, Plaintiff (me) mid--back and Lower back was Reddish, & tender [SEE: Exhibit "B"] Further exacerbating Plaintiff Previous Injury to Plaintiff Lower back, which I Still take Pain medication For, and I Plaintiff am not able to Enjoy

cont. [Force]

The simple every days Pleasures of
exercise, and Playing sports due
to the violent and Malicious Attack
of said "Defendant(s)" above, and herein.
Plaintiff Is into much Pain to enjoy
these Simple Pleasures of Leisure.

#29.) After being Repeatedly Punched
& Kicked by the "Defendant(s)" stated
above. Plaintiff (ME) was then Choked
by the collar of my Shirt intil I
momentarily Passed out by Defendant,
Matthew R. Piotrowski.

#30.) I was awoke as I was
stood up by the Defendant(s) above,
Sgt. Patterson, C.O.(s) Kampnich, Palmer,
and Piotrowski, and my face was
Shoved into the Corner of the
wall of the Dry-Cell with malicious
extreme force. From my Lip and
mouth there was Blood on the
wall where they Defendant(s) herein
Shoved my face.

#31.) I was then turn around, and
was told to kneel on the bed so
that the Leg-Restraints could be
removed. which Plaintiff, (ME) followed
Defendant(s) orders.

#32.) As I was told to stand, "Defendent,
C.O. Kampnich" Stood to my right side
Holding the collar of my Shirt, and
the Bottom of my Shirt firmly.
"Defendant Palmer," C-o., Held me Just
Like Defendant Kampnich, But on my Left-
side. Defendant, Sgt. Patterson, stated

Cont. [Force]

aggressively. IF I, [Plaintiff] moved one Inch. They, [Defendant(s)] would beat the sense out of me.

#33, I, (Plaintiff) was then Jacked up by the Collar. I, (Plaintiff) Hugd Jump-back, In anticipation of more assaultive behavior from the Defendant(s). Again I went through an onslaught of punches to the back - and - side of my head, As well as my back and Ribs without Lawful reason "or" provocation, & malicious & sadistically Done by Defendant(s) sgt. Patterson, c.o.(s) "Kempnich" "pietrowski" and "Palmer".

#34., I, [Plaintiff] was then violently thrown to the floor by said Defendant(s) above. During this Assault upon Plaintiff, (me) my State-Green Issued Pants slid down to Plaintiff, (me) mid-thighs.

#35., As I, (Plaintiff) Layed on the floor prone on my Stomach, Defendant(s) "c.o" Palmer" held my upper body down, with his knee on the Left-side on my (Plaintiff) Face, In this Position (Plaintiff), I could Not see behind me. But ONE or two of the said Defendant(s) held my right-Leg down, and my Left-Leg Down. I, Plaintiff then heard "Defendants "c-o-" kempnich State". So you Like Showing your Dick!

And simultaneously my underwear

cont. (force)

Was Pulled more down, and without
Lawful reason "or" Provocation, said
Defendant(s) "Sgt" Patterson, "C.O." Kampnich,
"or", "C.O." Piotrowski Intentionally,
Maliciously, and Sadistically yanked
my Penis (by reaching under me) And then
I Felt A Small object, A Finger,
["or" maybe] A Walky Talky Antenna,
Jabbed and Penetrated my Anus
[Rectum] Several Times. While
This was going on, [It Was Like A Blur]
I believe I was blurting "Why are
you Doing this, Violating me," "or" Something
to that extent. As "Defendant," C.O."
Plamer" Put his hand over my mouth
to Prevent me from screaming.

NOTE: I, [PlaintiFF] Could not see
Directly behind me, But it was either
Defendant(s) "Sgt" Patterson,
"or" "C.O(s)". Kampnich, "or" Piotrowski
who yanked and pulled my Penis,
while reaching under me, and Also who
Penetrated my Rectum several times
with there Finger or Small object,
Like Walky Talky Antenna etc.,
Because these Defendant(s) Where
the only ones behind me At the
time of Actual Penetration, SEE:
Exhibit B/& B-Photo's To see Injury
"ALSO I was Hand-CUFF behind ME"

#38. At that Point I was Choked
out by my collar of my Shirt again,
and I momentairly Passed out again.

Page # 15 of #46

#37., I. [Plaintiff] Don't know how much time had laspes By. But I remember I regain consciousness As Someone was Banging on the Dry-cell Door. When I Looked up It was A new "Sgt." at the Door, and correctional officer.

Note: "Not A Defendant But there title and Names where, sgt. P. Brinkeroff, and correctional officer R. BaBcock.

#38., Sgt. P. Brinkeroff told Plaintiff[ME] that he must do A Strip Frisk, and that he needed the Hand-cuffs back. He Ask the Plaintiff [ME], Would I be A Problem. I, [Plaintiff] STATED: I must be Looked At by the Nurse, Defendant, "Joann L-Springer", I/Plaintiff stated: I would Like to report A sexual Assault Because Defendant, Sgt. Patterson, and the Other officer's, [Defendant(s)] "C.O.'s" Kampnich, Palmer & Protrowski. I didn't know there names at the time. Sexually & Physically Assaulted me, and that I need this Sexual/Physical Assaulted reported to the proper Authorities. Sgt. Brinker-off then stated:

Page # 16 of #46

cont. [Force]

"The Facility Nurse, Defendant, springer
would be In soon to see me and Tell
her".

The said Actions of Defendant(s)
"Sgt". Patterson, "C.O(s)" Kamprich,
Piotrowski, and Palmer, who where
all Involved with This sexual
and Physical Assault, At all times
herein, defendant(s) were "Persons" For
Purpose of 42 U.S.C. Section 1983,
and acted under Color of Law, did
deprive" Plaintiff (me) of my
Constitutional Right, by violating
my 8th Amendment right against/and
to be Free From Cruel and unusual
Punishment, when The said Defendant(s)
above ~~~~ without Lawful reason "or"
& Provocation ~~~~ physically Assaulted
me, and sexually Assaulted me As
STATED above hereto. The Defendants
STATED above hereto actions where, and
are abhorrent and repugnant to The
Public Conscience.

## DENIED medical Care/Treatment
## INADEquatE/ Discrimination

**#39.,**
~~~~., ON NOV. 23, 2013 At Aprox. 12:45 Am
I Was Seen by "Defendant", Joann L.
Springer" The Five Points Correctional
Facility Nurse.

**#40.,** ON NOV. 23, 2013 Aprox. 12:45 Am
I, [Plaintiff] was Striped Down To
my Boxers Shorts [underwear] The
Defendant, "Nurse" "Springer" Looked
me up and Down and started to walk

cont. [medical]

Out, I [plaintiff] STATED to her that:
I was Just Sexually Assaulted By the
Correctional officers, and Also physically
Assaulted. I told her my back, head,
and Ribs hurt, and that my tooth was
Kicked out As well. But Defendant
Springer, (Facility Nurse) Just
Blatantly, Acted with Deliberate
Indifference when she, [Defendant
Springer] ignored Plaintiff [me]. and
said yeah, yeah and walked out the
room on Plaintiff [me].

#41, At that Point I, [Plaintiff] was
giving one smock to wear, and two (2)
matt's. one to put on my Bed, and
one to cover with.

#42, on Nov. 23. 2013, Aprox. 12:50 Am
After the Defendant, Springer (Nurse)
Left my room, she come back two (2) minutes
Later to Plaintiff (me) room and Ask to look
at my Face which had Dry Blood on it, and
then Plaintiff (me) was giving A wet paper
towel and was told to wip the Blood off
my Face. I (Plaintiff) then Ask Defendant,
Springer, If she reported my sexual
assault [Pre-complaint] to the proper
Authorities which she has an obligation
under Doccs to report such An Act of
Sexual Assault to be Investigated
on A "Doccs" Level [cential office], so that
It can go through the proper channels. But
again I was ignored by Defendant,
Springer, [Facility Nurse]. So In A
Hopeless State I Loyed down and

tryed to sleep, But couldn't Due to
Nightmares From what took Place that
Night. The sexual/Physical Assault
upon me. Defendant, springer, Neglected
my most Basic medical need and
treatment during that time. And Also
Discriminiated against Plaintiff [me]
Due to the Fact I, [Plaintiff] I A
Serious mentally ILL Inmate/Patient
And A convicted Inmate-Patient. IF
I was A Patient In Society, and came
I For Treatment & reported A Sexual
Assault, Defendant, springer, could have
OR Should have reported such Allegation/
Fact's to State or Local Police.
Defendant, springer, Inadequate
treatment, Denied me medical Care
and her actions were abhorrent and
repugnant to the Public conscience, and
She violated my 8th Amendemnt right
to be Free From cruel & unusual punish-
ment, & 14th Amendment under Equal Protection
Law

The sexual & physical Assault I suffer
server nightmares see: Exhibit "D"
Also chronic headaches [see: Exhibt _____]
Also I Suffured A Fracture upper Left
molar tooth and pain to my mid-Lower
Back and Legs & Shins [see: Exhibit: B"]
[& Exhibit "C"]

Page #19 of #46

cont: [medical]

Which I needed medical Attention
for all These Issue during That
time, & thereafter.

# # 43.)   I (Plaintiff) on Nov. 23. 2013, At
Aprox. 8:AM [Aprox. 8 hours later] I was
sent back to the Cayuga medical center
In Ithaca New York to get An endoscopy
Done. Through The Throat To the Stomach.

# 44.) upon entering The Receiving-room, I
Informed the First Nurse I saw that Earlier in
The Night I was "sexually / Physically Assaulted"
at the Five Points Correctional Facility. I told
This Nurse while at cayuga medical center
[C M C]

# 45.)   From there I was told To Also Tell my
medical Doctor at [C M C Ithaca N.Y.] who
was, "MS. SARAH Santone". Ms. Santone
then Notified the New York State Police,
"Investigator Gessne". And Also The Inspector
General office, of my Claim of sexual / Physical
Assault. That happen at Five Points C.F.

# 46.) The Inspector General Came To see me
[Plaintiff] As I awaited For my medical
Procedure To be done.

# 47.)   When The Inspector General arrived
At Cayuga medical Center [CMC] I [Plaintiff]
Informed The Inspector General officer of
The Factual Claims within This Claim
Itself, and what was write in my Grievance,
[SEE: Exhibit "F"] and Also what The Sexual
Assault Nurse Exam stated [See Exhibit "B"].

cont. [medical]

I, [Plaintiff] Informed The Inspector
General [I.G.] officer How I was sexually
and physically Assaulted. He, [I.G.] Asked me:
Did I Assault STAFF In that Incident of Nov.
23, 2013 At Aprox. 12/1ᴬᴹ. And I Stated
NO'. He, [I.G.] Asked me If I bit one of
The Officers, [Defendant(s)]. I told The I.G.
Officer I did'nt Think so, And that things
had happen so fast In my mind, and that
when They stuck [Defendant(s)] Something
In my Rectum several times. Everything
was A Blur and I could have bit down.
Because one of the Defendants had There
hand over my mouth As I yelled, why
are you doing This? Violating me, "or" some-
thing to that extent. After my report
to Inspector General, He Left. [I.G.]

#48. Also that morning, Nov. 23. 2013 at
Aprox. 10ᴬᴹ. I was giving A Sexual Assault
Nurse Exam, and Photos was Taken of All
visiable, & [Non-Visiable=Rectum], S.A.N.E ʷ/ᵒ
- Photo's. | This Sexual Assault Nurse
Exam. [S.A.N.E] was done by A
"qualified" S.A.N.E Nurse named: MS.
Joyce Bleiweiss. [See: Exhibit "B" ʷ/Photos]

#49. Aprox. 8 hours Prior, Defendant, Facility
Nurse of Five Points C.F., wrote In Her
Falsified report that I had NO visiable
Injuries [Defendant, JoAnn L. Springer]
But after The Sexual Assault Nurse
Exam, Aprox. 8 hours After The Sexual/
physical Assault [See: Exhibit "B"] And
Due to Defendant(s) Excessive, malicious,
and Sadistic Force/Acts herein. I,

[Cont. Medical]

[Plaintiff] Suffered the following
Injuries: [Injuries As follow of the
S.A.N.E w/Photos: of "Plaintiff" [me]

1.) 3 Small Rectal Tear's Noted Also Small
amount of Bleeding
2.) Patient, [Plaintiff] has Abrasion
Lower Lip.
#3.) Fracture of Left upper molar tooth.
4.) Tender Reddish mid-Back
5.) Abrasion On Right Lower Leg
mid-Shin
6.) One Small Abrasion LL Extremity
SEE: "Exhibit "B" " w/Photos
This Clearly Show's that Defendant,
JoANN L. Springer [Facility Nurse] Doctored
and Fals.Fied Documents, BECause
SEE: Exhibit "N" [nurse report] Defendant,
Springer Said In her report I had
No physical Injuries on the night of
Nov. 23. 2013 at Aprox. 12^AM , which Is
In Straight Contradiction with
Cayuga medical Center report [See:
Exhibit "B" & Exhibit "N"]

#50-) On Nov. 23. 2013, Aprox 9^AM/10^AM
I hand the Endoscopy Done through
my mouth to Remove my Eye Glasses
[Bow's] arms I swallowed the day
Befor [See: Exhibit "G"]

Page #22 of #46

[cont.[med.]

#50, after all Treatment on NOV. 23. 2013, at Aprox. 1:30 pm I was sent back to Five points Correctional Facility under Suicide watch, and under A Camera order, where Every where I go In the Facility, "or" out of Facility, I had to be on video, hand held Camcorder.

#51., From Nov. 22 - Through Dec. 20. 2013 I was Held under Suicide watch and Camera order BECAUSE OF the Sexual Assault / Physical Assault Incident on Nov. 23. 2013. On Dec. 20. 2013 I was Sent to Central New York psychiatric Center [C.N.Y.P.C.]. [See: Exhibit H] I stayed In C.N.Y.P.C. For Aprox. 3 months. And upon my request, I was discharged on February 20. 2014, and sent to the Great meadow correctional Facility, and Placed In the mental Healthy Behavioral Health unit [M/H, B.H.u.]

## EXHAUSTION of ADMINISTRATIVE Remedies

#52, upon being released to the M/H B.H.u. Program at Greatmeadow C.F. ON February. 20. 2014, I [Plaintiff] Filed my Grievance concerning the Sexual Physical Assault against me. I clearly Explained the reason why my Grievance Was Late, I [plaintiff] Explained how I was on suicide watch for 30 dAys & then Sent Straight to C.N.Y.P.C. for Aprox. 3 months, and had no Access to Pen and Paper for the 30 dAys, And No Grievance Avenue while At C.N.Y.P.C.; I Also Stated

Cont [Exhaust]

"The Grievance Prea-standard 115.51",
Basically stating that there is NO
time Limit when It comes to Sexual
Assault Grievances, [SEE: Exhibit "F"]

#53, on 2.25.2014 I got A response from
A ms. S. Pelo, Grievance Supervisor who
returned my Grievance steting it was
un-timely, Per. Directive# 4040 section
701-6 (G)(L)(i)(a) [See: Exhibit "I"]

#54, I [Plaintiff] on Feb.27.2014. I sent
my Grievance back to ms.Pelo (IGPS)
Because Captin, Craige Goodman told me
to re-explain why my Grievance was Late, and
That he (captin Goodman) Would speak to
Her, [Ms. Pelo (IGPS)] [See: Exhibit "J"]

#55, on march 8th 2014 I, [Plaintiff] Recieved
A Letter back From Lt. D. williams in
response From my Letter Dated: Feb.27.2014
about my Late Grievance, and the
Re-submitting of my Grievance, But
Lt. D. Williams, stated in response that
the un-timely Issue will Be "up-Held"
and that there is NO Further
appeal to his decision. [See Exhibit "K"]

#56, Even though the Grievance Lieutenant,
D. Williams  stated there is no Further
Appeal process, I, Plaintiff took it A
step Further to make sure I Exhaust
my Administrative Remedies, and wrote
A Letter Explaining the reasons why my
Late Grievance was put in, and Sent Ms.
Karen Bellamy, Director of Inmate Grievance
Program on 3.2.2014 + Copy of my Grievance.
[SEE: Exhibit "L"].

Cont. [Exhaust]

#57, On march, 13, 2014 I received
A response From Ms. Karen Bellamy,
Director of Inmate Grievance program
[In Central Office Albany, N.Y.] and She
Also Basically up-Held the Decisions
of Great meadow C.F. Grievance Supervisor,
Ms. S. Pelc, & Lieutenant, D. Williams and
stated that the Inspector General Office [I.G.]
is Investigating the Sexual/Physical Assault,
and To address "I.G." about the
Incident of Nov. 25. 2013 [See Exh.bit "L"]

#58.) I, Plaintiff Wrote To Prisoners
Legal Service of New York [P.L.S./N.Y.]
about my problems about The Inmate
Grievance program not accepting my
Grievance. The "P.L.S. of N.Y." Ms.
Melissa Loomis, Esq. told me that I
Finished Exhausting my Administrative
Remedies, and that I would receive
A response stating that. [See Exh.bit "M"]

## Conspiracy/Falsifying misbehavior Report

#59.) Shortly after arriving at
Great meadow C.F., From C. N.Y. P.C.;
I, Plaintiff] On, Or about Feb/
march 2014 was served with 1 misbehavior
Report [MBR] Authored By: Defendant "sgt".
Joel M. Patterson, & co-signed by:
Defendant(s) C-O-(s) Kampnich,
Palmer, & Piotrowski,. Charging me
with 100.11 (Assault on staff) - 104.11
(violant conduct) - 106.10 (Direct order)
107.10 (interference) 115.10 (Inmate Shall
comply w/ Frisk procedure) & 104.13 Creating A
Disturbance [See: Exhibit N "(N")]

Page # 26 of #46

[Cont. MBR]

#60.) ON Or about march/2014 I was then Provided with A "Tier Assistance" and was Provided w/ The use of Force Report [U.O.F.] unusual Incident report [U.I.] and The medical report & "To"- From: ~~~~~ Reports That I requested To this Alleged Assault on STAFF on NOV.23.2013.

#61., Captain, Craige Goodman of The Great meadow C.F. mental Health/ Behavior Health unit. [M/H. B.H.U.], was ordered to conduct A superintendent Tier III hearing on The Plaintiff (me) Alleged Assault on STAFF By: Defendant(s) STATed above herein.

#62, "DEFENdant, JoeL M. Patterson" "sgt." and said Defendant(s), "C.O.(s)" Kampnich, Palmer, and Piotrowski, Misrepresented the altercation on November, 23, 2013 between [Plaintiff] me and them, said Defendants stated-above herein. By falsely accusing [Plaintiff] me of Initiating the altercation within there Misbehavior Report [MBR], "USE of Force Reports" [U.O.F.], unusual Incident Report, [U.I.] and there, "To-From" Reports. Also: Defendant, JOANN L. SpringER, Misrepresented the Altercation of NOV.23.2013 by Falsifying the medical Report [SEE: Exhibit "N"]. which she wrote In conspiracy with ~~~ Defendant, "sgt." Patterson, & "C.O.(s)" Kampnich, Palmer, & Piotrowski, that PlaintiFF [me] had NO visiable InJuries. which Is In Straight contradiction, of The ~~~ cayuga medical center [out-side Hospital] In Ithaca N.Y. medical & Sexual Assault NuRse Exam [S.A.N.E. w/ Photos] Report [see: Exhibit "BW/Photos].

[Cont]mBR

#63, This False misbehavior Report was manufacture In conspiracy between Said Defendant(s), above herein, In ORDER TO Attemp to Cover up the unlawful use of Force against Plaintiff [me]. Because IN course of this sexual/physical Assault. That was unnecessary, sadisticly, and maliciously Done without Lawful reason, or Provocation. They knew, "OR" should have known they were violating my $8^{th}$ Amendment right to be Free from cruel & unusual punishment, and the equal Protection of Law under the $14^{th}$ Amendent OF The United STATES Constitution.

#64.) On or about Feb/March 2014, Captain, Graige Goodman STARTed to conduct the Tier III Displinary Hearing For the Allegid Assault upon STAFF By Plaintiff, [me] on Nov. 23. 2013. Which stated above, that this misbehavior repent was concocted Inorder to cover up the sexual Assault upon me [Plaintiff.]

#65. Captain, Goodman, Called my First witness, Defendant, Kampnich", who oral STATEment was In contradiction with the written report. upon me Trying to question Said Defendant, Kampnich. The hearing officer "Goodman" Would not Allow me to question the Defendant, As to her Lie's & Blatant contradiction of oral & Written, testimony/STATEments [Via a phone testimony].

Cont. [MBR]

#66., The Dispute between [Plaintiff]
& Hearing officer, [Goodman] Lasted for
about Aprox. 2 minutes As to me questioning
my witnesss Defendant, Kampnich, and
Hearing officer, abruptly hung up the
phone on Defendant, Kampnich. And told
me He is going to adjourn The Hearing
Intill tomorrow to call my Next witnesses.

#67., On or about March/April 2014,
2 weeks after The start of the Hearing,
CAptain Goodman (Hearing officer) Informed
Plaintiff, That due to "Defendant,
Kampnich" InConsistant, and conflicted
Oral Statement Via phone, compared to
The written report of Nov.23. 2014,
He has decided to dismiss The Hearing.
I, Plaintiff Informed him I Need The
Hearing Tape Numbers & The Hearing
disposition. CAptain, Goodman [Hearing
officer] Said I would receive It
In The mail, Which I Never got,
For "MBR" of Nov. 23. 2013".

#68.., I, then Plaintiff Ask Capton
Goodman, why did He Dismiss
The Misbehovior Report [MBR] out of
my Attendance, and Not provide me
with The Disposition, & Tape
Number. But I was ignored.

#14, I, Plaintiff out of Trustration
and Hopelessness contacted Prisoner's
Legal Service of New York [P.L.S. of N.Y]
about my Grievance & Tier(3)   w/CAptain
Goodman, [See: Exhibit "O"].

Page# 28 of #46

cont [MBR]

#69   ON March 27, 2016 Without
Never Receiving The Disposition
of the Alleged Nov. 23-13 Incident,
Nor Tape # number.
        NOTE: I was Bounced around
From 2013 to 2016

    I put In A FOIL Request For
the MBR, U.of., & I. Reports
and "To-Froms Reports", As well As
the Disposition & Tape number
From the "Alleged" Assault on Staff
by Plaintiff on Nov. 23-2013.


#70., I "Plaintiff" didn't get A
proper & timely response. So I Filed
A Grievance on 4-14-2016. Because
FOIL OFFICE/office At Attica Corr.
Fac. Failed to respond to my request
of 3-27-2016 for the Documents
of the Alleged Assault of Nov.23-13.
[SEE Exhibit "P."]

#71,. ON or about April. 27. 2016
I received A response From Grievance
Which Stated: The Investigation
Into this Shows that FOIL officer
Said there are "No Such Documents
To give To Grievant" [Plaintiff]

#72.,I, Plaintiff Need these Records/Documents
For this Present 1983 Action. I
was Doing, and All my property was
thrown Away, Due to me Filing Law
Suit's, and Most of my Documents
Was Lost [SEE: Exhibit "Q."]

Page #29  of # 46

cont. [MBR]

#73.;  I, Plaintiff again out of despair
Contacted Prisoners Legal Service of
New York, and was Lucky to
find out that they had an extra copy
of the "misbehavior report" [MBR],
"use of force" [U.O.F], "unusual Incident
Report" [U.I.] & "To-from reports"
From the "fabercated "Alizyed""
Assault by Plaintiff [me] against
Defendants, ON NOV. 23. 2013.

#74. During this time I wrote
P.L.S. of New York, about problems
w/ my Tier III(3) housing, and
Grievances; And I Received A response
From MS. Mellisse Loomis, Esq,
Telling me she called Great meadow
about my Tier III(3) hearing of Nov.
23. 2013 and that it was still
pending, therefore Showing that
There was A Tier III hearing for
the Incident of Nov. 23. 2013 that
Somehow vanished. [See? Exhibit "M"].
& Also [Exhibit "N"], and then Exhibit "P"]

#75.;  This is Just to Show that
These Defendants above, Defendant, sgt
Patterson, and Defendant(s) C.O.(s)
Kampnich, Palmer, and Piotrowski,
with Defendant, Facility Nurse,
JoAnn, L. Springer, and "privious
Dismissed"->Defendant Captian]
Goodman] All conspired to make
All the Document To the Incident
of Nov. 23. 2013 misbehavior Report

cont. (MBR)

vanish, Becaus Captain Goodman
knew that Defendant, SHARi L. Kampnich
At the Tier III's Hearing gave oral
Testimony [Via]phone and Lied on
Record, and her oral Testimony
was Inconsistent, & In straight
contradiction with the written report.
The Hearing officer "realized" with
Defendant(s) stated above herein,
that this Hearing Tape could be
very strong Evidence against them
IF Ever brought befor A court
of Law & Civil matters. Because
"One". It was False & Fabricated
From the Start, to cover up the
Sexual/Physical Assault against
Plaintiff, By Said Defendant(s) above
herein. And came to light During
the oral Testimony, That of "Defendant,
Kampnich", the misbehavior report
of Nov. 23. 2015 was not true through
her Bleatant Lies on Record.

# CLAIMS FOR RELIFE

# AND CAUSE FOR ACTION.

#76.) I, Plaintiff here Incorporate Paragraphs #1 to 75 herein

#77.) The actions of defendants, Joel M. Patterson, "Sgt", Defendant(s), C.o.(s)" SHARI L. Kampnich, William S. Palmer, and MATTHEW R. Piotrowski, w/ Facility nurse Joann L. Springer were/and are abhorrent and repugnant to the Public Conscience.

#78. At all times herein, defendant(s) were "Persons" For Purpose of 42 U.S.C. Section 1983 and acted under color of Law.

#79, Defendant, Sergeant, Patterson, on November 23, 2013 at Aprox. 12:45 Am, without Lawful reason or Provocation, maliciously, Sadistically, and unwanton, and unnecessary Pushed me from behind. As I [Plaintiff] was Bound In [Hand-Cuff w/chain waist, and Leg-Restraints], As I was tripped Simultaneously By Defendant "Co" Kampnich As my face struck the Hard cement. Defendant, "Sgt" Patterson Participated In this Sexual and Physical Assault upon me by kicking, and Punching me, and Possibly one of the Culprits who stuck his finger, walky Talky Antenna or other small object In my Rectum. Also Defendant "Sgt" Patterson exercised deliberate Indifference to my health& Safty by Failing to Protect Plaintiff [me]

cont. [Claim/Relief/Action]

When He [Sgt. Patterson] stood by and did
Not Intervene to stop the misuse of Force,
and Illegal Sexual and physical Assault by
his subordinates, Defendant(s) "C.O."(s) ~~Correction~~
Kamprich, Palmer, and Piotrowski. which
Constituted Cruel and unusual Punish-
-ment in violation of my Eighth (8th)
Amendment right under the united states
Constitution, and Applicable through
the state under ~~Article 1~~ New York STATE
Constitution Article 1. §5.

#80. Defendant, C.O. Kamprich, on Nov.
23. 2013, At Aprox. 12:45 AM, without Lawful
reason or Provocation, maliciously, and
sadistically and unnecessary Tripped me,
Simultaneously As Defendant, Sgt. Patterson
Pushed me, and aided In This misuse
of Force by Also Punching & Kicking me
while Bound In Hand-cuffs, w/ Waist Chain,
& Leg-Restraints. Defendant 'C.O.' Kamprich
Participated In This Sexual Assault
& Physical Assault, & Possibly One of
The Culprits who stuck Her Finger, Walky
Talky Antenna, or Small object In my
Rectum, and Exercised deliberate
Indifference to my health & safty
by Failing to Intervene and Protect
Plaintiff (me) From this Illegal
Sexual & Physical Assault by Other
Defendants Involved herein. which
Constituted Cruel and unusual punish-
-ment In violation of my Eighth [8th]
Amendment right under the united STATE's
constitution, and Applicable through New
York STATE Constitution Article 1. §5.

Page# 33 of # 46

Cont.[Claim/Relief/Action]

#81, Defendant "c.o." Palmer, on Nov. 23. 2013, At Aprox. 12:45 Am, without Lawful reason or Provocation, maliciously and sadistically, and unnecessary kicked me in the Left-side of my Face [when. Defendant sgt. Patterson Pushed me From behind, and Defendant "c.o." Kemprich, Tripped me From the side simultaneously] As I Layed on The Floor Bound In Full restraints [Hand Cuffs w/ Chain waist, & Leg restraints]. Defendant "c.o." Palmer kicked out my Left upper molar Tooth, and Punched & kicked me with Defendant sgt. Patterson, & C.o.(s) Kemprich & Piotrowski, and then Held me prone of The Floor As some of the Defendant(s) who was behind me [Sgt." Patterson, "c.o." Piotrowski, or "c.o." Kemprich] Stuck there finger, or Walky Talky Antena, or Small object In my Rectum, Defendant, C.o. Palmer Exercised deliberate Indifference to my Health & Safty by Failing To Stop or Intervene to Protect Plaintiff (me) From the Illegal Sexual & Physical Assault by the other Defendant(s) Involved herein, which constituted Cruel and unusual Punishment In Violation of my Eighth [8th] Amendment right under the united STATES constitution, and Applicable Through New York STATE constitution Article 135.

Cont. [Claim/Relief/Action]

#82.) Defendant "C.O." PIOTROWSKI, on
Nov. 23, 2013, At Aprox. 12:45AM, without
Lawful reason, or Provocation. Maliciously,
Sadisticaly and unecessary Punched and
Kicked me and Participated In this
Sexual and Physical Assault with
other said Defendant(s) here-in-[Sgt.
"Patterson", C.O.(S) "Kampnich" & Palmer"].
who All punched and Kicked me upon my
Body Head, Ribs, Back, Legs and So-
- Forth. As "Defendant "Palmer" Held me
down Prone on the Floor while Hand-
- cuffed behind my back, Defendant
PIOTROWSKI. Is possibly one of the culprit's
who STUCK his Finger, walky talky
Antenna, "or" some small object up
my Rictum Several Times, Because
As "Defendant Palmer" held me prone
on the Floor with his Knee on my
Face I Could not See behind me, and
Defendant(s) "Sgt. Patterson", C.O.(S) Kampnich"
or PIOTROWSKI had to be the one
who yanked my penis, and stuck
Something In my Rectum [Plaintiff]
-Also- Defendant, C.O., PIOTROWSKI,
exercised deliberate Indifference
to my Health & Safty by Failing
to Stop or Intervene in this
misuse of Force & to Protect Plaint-
- iFF (me) from the Illegal Sexual
and physical Assault by the other
Defendants Involved here in which
constituted Cruel and unusual
Punishment In violation of my
Eighth [8th] Amendment Right under
the united STATES Constitution,
and Applicable through N.Y. STATE
constitution Article 1 § 5.

Cont. [Clein/Relief/Action]

# 83., Defendant, Joann L. Springer, Five Points Facility, Nurse, AN "R.N." Employed By "Docc's", ON NOV. 23. 2013 At Aprox. 12:45am, Exercised deliberate Indifference to Plaintiff (my) condition, and health by Failing to provide adequate medical treatment and care Following the sexual and Physical Assault by Defendant(s) Sgt. Patterson & C.O.(s) Kanprich, Palmer, and Protrowski. Defendant, Springer Intentionally did not, and neglected to properly report The Sexual Assault the Plaintiff Reported to her.

NOTE: As AN Internal Procedure IN Docc's, When A Sexual Assault Is reported to Any STAFF, It must be reported to the proper Authorities to be Investigated by A Sergeant, & Lieutenant NOT INVOLVED with the Sexual Assault, and report those Finding to medical, Superinteadent, & Inspector General office.

Due to the Defendant, Springer Neglecting to report my sexual Assault Complaint, Was AN Act of Discrimination IN violation of my Equal Protection under the united States Constitution Her not giving me A proper medical Exam, and administer medical treatment to my Bruises, cut Lip, & the migraine headache, and Also I suffered Extrem Emotional distress AN Anguish From Defendant, Springer Lack of Care.

Page # 36 of # 46

[Cont. [Cause/Relief/Action

Defendant, Springer, In An Attempt to cover up the assertions made By Plaintiff, Defendant, Springer doctored Injury Reports to the Nov. 23, 2013 Incident, where I was Sexually Assaulted, And utilized misrepresentation when describing that I had No physical Injuries At that time. Defendant, Springer Retaleated against me for exercising my 1st Amendment Right [Petition for a redress verbally] Because I reported the Sexual Assault and physical Assault By the aforementioned Defendant(s) In here Actions [Defendant, Springer], she Exercised deliberate Indifference to my Health and Safety by Failing to provide [Plaintiff [me] with Adequate medical Assistance which constituted Cruel and unusual Punishment In violation of my Eighth [8th] Amendment Right under the united States constitution, and applicable Through N.y. State constitution Article 1 § 5c. - Also Due to Defendant, Springer Conspiring with the other Defendant(s) Sgt. Patterson, C.O.(s) teamprich, Palmer, and Piotrowski to cover up the Sexual & physical Assault by Filing False reports, and Discriminating Due to Im A mentally ILL, Inmate/ Patient, Defined As An Serious [I's] meatally Ill Inmate/Patient violated my Eight[8th] and Fourteenth[14th] Amendments under the united STATES constitution.

Page # 37 of # 46

## AS AND FOR A First
## CAUSE OF ACTION

# 84., Plaintiff here incorporates
Paragraphs 1 to 83 herein.

#85 The ACTIONS of Defendant(S),
"Sgt." "Joel M. Patterson", "C.O."(S)
"SHARI L. Kampnich", "William
S. PALmer", "MATTHE R. Piotrowski",
and "Five Points C.F.", "Facility Nurse"
"John L. Springer" are abhorrent
and repugnant to the Public Conscience;
and constitute crimes under the
N.Y. Penal Law.

[I]ntent of framers of the Cruel
and unusual Punishment clause
was to Proscribe barbaric, torturous
Punishment ... grossly disproportionate
to the crime". People v. Broadie, 37 N.Y.
2d. 100, 371 N.Y.S. 2d 471, 332 N.E.
2d 338, Certiorari denied 423 U.S.
950, 96 S.Ct. 372, 46 L.Ed. 2nd 287.

#85., Plaintiff was incapable of
forming the requisite intent for consensual
sexual relations, Even discounting the
use of Physical Force and threats of
death.

[T]he effect of the Legislative
declaration of incapacity to
consent is to expose the culpable
employee, depending on the nature of the
conduct, to liability for sexual misconduct
[§ 130-20(1) and (2)], rape in the third
degree § [130-25(1)], sodomy in
third degree [§ 130.55] and sexual

cont. [Claim / Relief / Action]



abuse in the second degree
[§ 130.60(1)]. Penal Law Article
130, Practice comments by
William C. Donnino,
"Correctional inmate".

#86.) Mr. Donnino precedes this
statement by informing us that it is
consensual sexual relations that are
'thought to be deterred'. As the
facts show, that is not the case here.
The "sexual relations" are very obviously
Forcible and, therefore, should expose
defendants "Sgt. Patterson", C.O.(s) Kampnich,
"Palmer", & "Nurse" "Springer" to a
higher degree of culpability.

Correctional officers were not
entitled to qualified immunity
as to an inmates §§ 1983 claim
of an Eighth Amendment Violation
In connection with a search in
which one officer allegedly held
the inmate and laughed while
a second officer grabbed the
inmate's buttocks and fondled
his penis; at the time of the
search, it was clearly
established that an otherwise
otherwise legal search that
was conducted in a harassing
manner intended to humiliate
and inflict psychological
pain was unconstitutional'
Turner v. Huibregtse, 421
F. Supp. 2d 1149; see also
Coronado v. Lefever, 886
F. Supp. 220; Rodriguez
v. McClenning, 399 F.Supp. 228.

cont. [Claim /Relief /Action]

Schwenk v. Hartford, 204
F. 3d 1187; Gonzales v.
Martinez, 403 F. 3d 1179;
Boxer X. v. Harris 437 F.3d
1107, rehearing en banc denied,
459 F. 3d 1114. Certiorari
denied 2007 WL 957244

#87.) Moreover, it is essential
Defendant(s) "Kampnich", "Palmer",
"Piotrowski", and "Springer" be
held to the same standard as
Defendant, "Sgt. Patterson" as they
were in a position to prevent the
commission of a constitutional
violation.

"[O]ne who is giving a badge of
authority ... may not ignore
the duty imposed by his office
and fail to stop other officers
who summarily punish a third
person in his ~~press~~ presence or
otherwise within his knowledge".
[Emphasis added] Byrd v.
Brishke, 466 F. 2d 6; see
also-Yang v. Hardin, 37 F. 3d
282; Turner v. Huibregtse supra

#88.) Additionally, Defendant, "Sgt."
Patterson knew of the activities
and proclivities of the Individuals
Involved in This instant action]

#40 of # 46

cont. Claim/Relief/Action

" When the State takes a Person
into its custody, and holds
him there against his will, the
constitution imposed up its
corresponding duty To assume,
Some responsibility For his
Safty and general well being"
William v. Goord, 142 F. Supp.
2d 416.

## STATE Law Claim

#89 Plaintiff invokes this court's
Jurisdiction Pursuant to Rule 18(a)
of the Federal Rules of Civil
Procedure and 28 U.S.C. § 1367
To hear and adjudicate claims
arising out of the actions set-
Forth above that violate rights
and duties established by the
Laws of the State of New York,
to wit: Sexual misconduct [Penal
Law (P.L.) § 130.20(1) and (2);
Rape in the third Degree [P.L. § 130.
25 (1)]; Sodomy in the Third
Degree [P.L. § 130.55]; and
Sexual Abuse in the Second
Degree [P.L. § 130.60(1)].

#90. The treatment of Plaintiff
by Defendants stated herein
above was Intentional and with
the purpose and Intent of causing
Plaintiff Severe and grievous
mental and emotional harm in
violation of the common Law of
New York

Page # 41 of #46

cont. [Claim/Relief/Action]

# RELIEF REQUESTED

#90.) WHEREFORE, Plaintiff, [John P. Patterson #001953] Request that the Court grant the following Relief.

A. Award compensatory damages In the following amount,

#1. $ 500,000.00 against Defendant, Sgt. Joel M. Patterson, For the physical, mental, Emotional, and psychological Pain/Anguish I suffered Do to the deliberate Indifference In his Participation In the Sexual and Physical Assault upon me [Plaintiff]. violating Plaintiff 8th Amendment right to be free from Cruel & unusual punishment, Also For Failing to Intervene & stop such Assault against me, [Sexual/Physical] and conspiring to Falsify A misbehavior report to Cover/Justify the Excessive Force against Plaintiff, and such additional relief of Any constitutional and statutory violation alleged herein.

#2. $ 500,000.00 against Defendant, C.O. Sheri L. Kampaich, For the physical, mental, Emotional, and psychological Pain/Anguish I suffered Do to the deliberate Indifference In her Participation In this Sexual and Physical Assault upon me [Plaintiff]. violating Plaintiff 8th Amendment right

Cont. [Claim/relief/Action]

To be Free From Cruel & Unusual Punish-
ment, Also For Failing To Intervene
& stop such Assault egainst me
[Sexual/Physical] and Conspiring To
Falsify A misbehavior report To cover/
Justify the Excessive Force against
Plaintiff, and such additional relief
of Any constitutional and statutory
violation alleged herein.

#3., 500,000.00 each, against
Defendants, C.O. William S. Palmer
and Matthew R Piotrowski, For
the physical, mental, Emotional, and
psychological Pain/Anguish I
suffer Do to the dilberate ~~indifference~~
Indifference In Both of Them
Participating In The Sexual and
physical Assault upon me [Plaintiff],
Violating Plaintiff 8th Amendment
right to be Free From Cruel and
unusual Punishment, Also For
Failing To Intervene and stop such
Assault against me [Sexually/Physically]
and Conspiring to Falsify A
misbehavior report To cover/justify
There Excessive Force agaist Plaintiff,
and such additional relief of Any
Constitutional and statuory violation
alleged herein

#4., 10,000.00 against Defendant,
Joann L. Springer, "Facility Nurse"
For denying Plaintiff timely and
adequat medical care/Treatment, and
For Partaking in The conspirecy

cont: [Clorm/relief/Action]

to cover up the Sexual Assault, and
Not report my Statement of A Sexual
Assault to the proper Authorities
violating my 1st Amendment right to
Petition [verbally] and Also
conspiring and abeting & abbiting
said Defendants herein/above with
Covering up There Sexual & physical
Assault, by Stating In her
Fabricated Report I had No
Injuries, But it is contridicated
by official reports,[that was not
the case]. Defendanted Acted with
Deliberate Indifference by not
timely treating me, and Also violated
my 14th Amendment right with
said Defendants who Also violated
my 14th Amendment right by Falsifing
& conspiring to Fabricated reports,
and such additional relief of Any
Constitutional and Statutory
Violation alleged herein,

B. Award Punitive Damages
In the Following amounts:

#1. 25,000. 00 against "Sgt. Patterson
Defendant"

# 2. 15.000.00 against "Defendant "C.O."
Kamprich"

#3. 15.000.00, against "Defendant "c.o". Palmer"

#4. 15.000.00 against "Defendant "C.o."
Piotrowski,

C. INJUNCTIVE RELIEF
Equitable relief        ⟶

Page # 44 of # 46

cont. [Claim/Relief/Action]

C. Continued Injunction Relief

1. I ASK that an Injunction Relief be order to the extent that plaintiff, should not be allowed to enter the premise of Five Points Correctional Facility while this Law Suit 42 U.S.C. § 1983 is still pending Due to: # retaliating against Plaintiff For being this suit against Defendants herein, By Assault and mail Tampering & Food Tampering which Are tactics to stop my litigation. Those Assault's and retaliating tactic are A Common Issue At Five Points C.F., and "Not" A single isolated issue. And these exist A like-lihood, and A substantial, and immediate risk to my Health & staff, if Placed back In this Facilit [Five Points] while Litigation going on.

D. WHEREFORE, Plaintiff respectfully request that this court order Reimbursment of Plaintiff Fees, Cost, and Expenses of Attorney Fees incurred In connection with Prosecuting this Action

F. Grant such other relief as it may appear that Plaintiff Is entitled.

Cont. [claim / relief. / Action]

I am the Plaintiff, John
P. Patteson # 00A1953, Pursuant
to 28 USC. §1746, I declare
Under Penalty of Perjury
that the Foregoing is true and
Correct

Executed on May 1st 2017

John Patteson

Pro-se
John P. Patteson # 00A1953
Great meadow C.F.
mental Health [M/H]
Behavior Health unit
B.H.u.
Box 51
Comsteck N.Y. 12821

Sworn to befor
me this day 1st
of May        2017.

Notary Public

Edward C. Carpenter
Notary Public, State of New York
Qualified in Washington Co. No. 01CA6193364
My Commision Expires September 15, 2020

Page # 46 of # 46

# VERiFiCATioN

The Forgoing Complaint made Pursuant to Title 42 U.S.C. § 1983 is true & Correct, complete, and Not meant to mislead to the best of Plaintiff [affant's] knowledge and belief, and made under the penalties of Perjury of Pesury of the STATE of New York and the united SIATES of America

John Patterson

Pro-se
Sean Patterson
M/11 B.N.U. 621629
Box 51/Great meadow C.F.
Comstock N.Y. 12821

Sworn to befor me this DAY 1st of May 2017

Edward C. Lunt

Notary Public

Edward C. Carpenter
Notary Public, State of New York
Qualified in Washington Co. No. 01CA6193364
Commission Expires September 15, 20 20

Page # 1 of # 1

John Patterson #00A1958
Great Meadow C.F.
Box 51
Comstock N.Y. 12821

(1)

To: Clerk of the Court
United States Westren
District Court
2oo U.S. Courthouse
2 Niagara Square
2nd Floor
Buffalo N.Y. 12821

Docket No. 1:16-cv-00844
Re: 1st Amended complaint

Date May. 5. 2017

Dear Clerk of The Court

Sir/Madam, This Law Library Sent my complaint Back w/out Typing it, and making my copies As requested.

Personally I believe it never made it to the Law Library. I came back After Almost 3 1/2 weeks, and w/no response.

This Facility Knows Im Litigating, and actually I have A pending STATE Claim against this prison for A separate Issue from 2014, and These officers are trying there best to sabotage my litigation By mail Tampesing.

Mail not making it out/or sometimes coming In. I get Legal mail on 3-10-17 from someone, I sign for it and The envelope was empty.

Sir/Madam Could you Please Let me know when you receive This Amended Complaint.

Hon. Elizabeth A. wolford



Decison & Order to my First
Filed Complaint Was to Submit
An Amended Complaint By
"May-14-2017".

I am unfamilar with how to do
this. I didn't know if I should
Send my Exhibits back with my
Amended Complaint "or" Not.

I read A little About Amending
Complaints But Couldnt really under-
stand it. So I got An Inmate-Patient
who said He knows how to do
this, and I Let Him Help me
& I Follow His Instruction.

IF I did Anything wrong, Could
the Court Please Direct me So
that I may Correct and defiency
In my Amended Complaint.

Again, could you Please Notify
me when In reciept of this Letter
and Amended complaint. Due to
mail Tampering By these C.O.'s
Playing with my mail

        Thank you For your Time
    Humbly & Respectfully
                    John Patterson



"Legal Mail"

John Patterson #00A1953
Great Meadow Correctional Facility
Box 51
Comstock, N.Y. 12821-0051

Great Meadow Correctional Facility

To: Office of the
United States
District Court Western
200 U.S. Court House
2 Niagara Square
2nd Floor
Buffalo, N.Y.

USDC-WDNY
MAY - 8 2017
BUFFALO